# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4975

_____

SEAN JESSIE FLEMON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

January 16, 2019

PER CURIAM.

The petition alleging ineffective assistance of appellate
counsel is denied on the merits.

ROBERTS, KELSEY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Sean Jessie Flemon, pro se, Petitioner.

Ashley Brooke Moody, Attorney General, Tallahassee, for Respondent.